MARILYN HOPEMAN, Appellant, v ERIC A. SEIFF, Respondent.

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1095 (2016)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

JERRY L. JOHNSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 29, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KANIC REALTY ASSOCIATES, INC., Appellant, v SUFFOLK COUNTY WATER AUTHORITY, Respondent.

Submitted February 8, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELIZABETH MARIE BARNSON KARNAZES, a Disbarred Attorney.

Submitted February 22, 2016; decided April 5, 2016

On the Court's own motion, appeal, insofar as taken from the Appellate Division order denying reconsideration, dismissed, without costs, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.